IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DONALD RICKARD, | \* |
| Plaintiff, | \* |
| vs. | \* No. 3:12-cv-0057-SWW |
| SWEDISH MATCH NORTH AMERICA, INC. and PERRY PAYNE, | \* |
| Defendants. | \* |

ORDER

The Motion [doc.#7] for admission of attorney D. Eugene Webb, Jr. to appear in this action as counsel pro hac vice for defendants, Swedish Match North America, Inc. and Perry Payne, is hereby granted. As Mr. Webb has cited Local Rule 83.5, the Court construes his motion for admission as affirming that he will be bound by this Court's local rules (which includes affirming to the jurisdiction of the Court in matters of discipline). If Mr. Webb does not so affirm, he must notify this Court within ten (10) days of the date of entry of this Order.

IT IS SO ORDERED this 2nd day of April 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE